THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Paul Raymon
 Binion, Appellant.
 
 
 

Appeal From Charleston County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2008-UP-360
 Submitted July 1, 2008  Filed July 10,
2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Ralph E.
 Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM: Paul
 Raymon Binion appeals his guilty plea and sentence for forgery, stealing bonds,
 financial identity fraud, and bank fraud. Binion argues his guilty plea failed
 to conform with the mandates set forth in Boykin v. Alabama, 395 S.C.
 238 (1969).  After a thorough review of the record and counsels brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), we dismiss[1] Binions appeal and grant counsels motion to be relieved. 
HEARN.
 C.J., CURETON and GOOLDBY, A.J.J. concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.